IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
JAN 26 2001

| | |
|---|---|
| RICHARD A. SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 97-A-1093-N |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant ) | |

## ORDER FOR APPEARANCE OF JUDGMENT DEBTOR

Defendant, United States of America, having moved the Court for an Order requiring the Plaintiff, RICHARD A. SCOTT, to appear and testify at a Judgment Debtor Examination, and the Court being sufficiently advised,

It is ORDERED that Plaintiff, RICHARD A. SCOTT, appear at 9:00 a.m. on the __1st__ day of __March__, 2001, 3rd Floor Courtroom, Frank M. Johnson Federal Courthouse, 15 Lee Street, Montgomery, Alabama, to answer questions concerning his real and personal property.

It is further ORDERED that Plaintiff bring the following documents:

1. Copies of personal and business income tax returns for the years 1998, 1999, and 2000.

21

2. Copies of all personal and business bank statements for the years 1998, 1999, and 2000.

3. Record of any safety deposit box in your name or that of your spouse.

4. Copy of title or deed of personal residence if owned by you or any member of your family. If not, a copy of proof of ownership by unrelated party.

5. Copy of title or license of automobiles, airplanes, motorcycles and boats owned or driven by you or your spouse.

PLAINTIFF, RICHARD A. SCOTT, IS HEREBY ADVISED THAT FAILURE TO APPEAR AT THE TIME AND LOCATION SET FORTH ABOVE MAY RESULT IN A BENCH WARRANT BEING ISSUED FOR HIS ARREST. A COPY OF THIS ORDER, TOGETHER WITH COPIES OF DEFENDANT'S MOTION AND AFFIDAVIT, SHALL BE SERVED UPON PLAINTIFF FORTHWITH.

DATED this __26th__ day of __January__, 2001.

_____
UNITED STATES MAGISTRATE JUDGE